1   MITCHELL SILBERBERG & KNUPP LLP
    Robert H. Rotstein (SBN: 72452)
2   11377 West Olympic Boulevard
    Los Angeles, California 90064-1683
3   Telephone: (310) 312-2000
    Facsimile: (310) 312-3100
4   rxr@msk.com

5   LATHAM & WATKINS
    Daniel Scott Schecter (SBN: 171472)
6   355 S. Grand Avenue
    Los Angeles, California 90071
7   Telephone: (213) 485-1234
    Facsimile: (213) 891-8765
8   daniel.schecter@lw.com

9   LATHAM & WATKINS
    Natalie Prescott (SBN: 246988)
10  600 West Broadway, Suite 1800
    San Diego, California 92101
11  Telephone: (619) 236-1234
    Facsimile: (619) 696-7419
12  natalie.prescott@lw.com

13  Attorneys for Defendants
    Twentieth Century Fox Film Corporation (erroneously sued as
14  "Twentieth Century Fox"); Dune Entertainment LLC (erroneously
    sued as "Dune Entertainment, Inc."); Lightstorm Entertainment, Inc.
15  (erroneously sued as "Light Storm Entertainment, Inc."), and James
    Cameron
16

17              UNITED STATES DISTRICT COURT

18           SOUTHERN DISTRICT OF CALIFORNIA

19                   SAN DIEGO DIVISION

| 20 | KELLY VAN, | CASE NO.  10-CV-1051 AJB WVG |
|---|---|---|
| 21 | Plaintiff, | Judicial Officer: Hon. Anthony J. Battaglia |
| 22 | v. | |
| 23 | JAMES CAMERON; TWENTIETH CENTURY FOX; DUNE ENTERTAINMENT, | **DECLARATION OF PAMELA BURCHETTE** |
| 24 | INC; INGENIOUS FILM PARTNERS 2; FUTURE SERVICE INC.; LIGHT STORM | |
| 25 | ENTERTAINMENT, INC.; DOES 2-10, | |
| 26 | Defendants. | |
| 27 | | |

28

Mitchell
Silberberg &
Knupp LLP

4170856.1

1    I, PAMELA BURCHETTE, pursuant to 28 U.S.C. § 1746, declare:

2    1.    I am an employee of Mitchell Silberberg & Knupp LLP ("MSK"), attorneys of

3    record for Twentieth Century Fox Film Corporation (erroneously sued as "Twentieth Century

4    Fox"); Dune Entertainment LLC (erroneously sued as "Dune Entertainment, Inc."); Lightstorm

5    Entertainment, Inc. (erroneously sued as "Light Storm Entertainment, Inc."), and James Cameron

6    (collectively "Defendants") in this matter.

7    2.    On or about September 20, 2010, I ordered a certified copy of the work associated

8    with copyright registration number TX0005919361, titled *Sheila The Warrior: The Damned*, by

9    Kelly Van (the "Work"). I received a certified copy of the Work from the Copyright Office on or

10   about October 13, 2010.

11   3.    The Copyright Office charged MSK $806.00 to provide the certified copy of the

12   Work. A true and correct copy of the invoice is attached hereto as Exhibit A.

13   I declare under penalty of perjury under the laws of the United States that the foregoing is

14   true and correct. Executed on this 14th day of October, 2011, in Washington, D.C.

15

16   *Pamela Burchette*

17   Pamela Burchette

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

4170856.1

# Exhibit A



FL
4c

Date:  October 13, 2010

LIBRARY
OF
CONGRESS

Attn: Pamela s. Burchette
MITCHELL SILBERBERG & KNUPP
1818 N. Street NW, 8th floor
Washington, DC 20036-2406

COPYRIGHT
OFFICE

Type of remittance received:

check or money
order

x     deposit account--
      description number:
      **PKG 1-862D91**
      **SR 1-493917833**

credit card

101 Independence
Avenue, S.E.

Washington, D.C.
20559-6000

The Records Research and Certification Section has provided the following services and applied fees as shown below.

| | |
|---|---|
| Retrieval of records from storage | $165.00 |
| Photocopying of deposit, assignment, or correspondence | $211.00 |
| Certification (official statement with embossed seal and ribbon) | $165.00 |
| Expedited service (rush retrieval of correspondence files or deposit) | $265.00 |
| **Total remittance received** | **$806.00** |

Sincerely yours,

Veronica Patten

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Enclosure: 1
      Document: certified copy of deposit (TX 5-919-361).

Exhibit 4
Page 2