Natu J. Patel, SBN 188618
Jason Chuan, SBN 261868
Carla A. Federis, SBN 266611
**THE PATEL LAW FIRM, P.C.**
2532 Dupont Drive
Irvine, California 92612-1524
Office:       949.955.1077
Facsimile:    949.955.1877
NPatel@thepatellawfirm.com

Attorneys for Plaintiff,
Kelly Van

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY VAN, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES CAMERON; TWENTIETH CENTURY FOX; DUNE ENTERTAINMENT, INC.; INGENIOUS FILM PARTNERS, LLP; INGENIOUS FILM PARTNERS 2; FUTURE SERVICE INC.; LIGHT STORM ENTERTAINMENT, INC, DOES 2-10, <br><br> Defendants. | Case No.: 2:10-cv-01051 BEN WVG <br> Hon. Anthony J. Battaglia <br><br> **DECLARATION OF KELLY VAN IN SUPPORT OF PLAINTIFF'S MOTION TO SEEK RELIEF FROM JUDGMENT PURSUANT TO RULE 60(b)(1) AND (b)(6)** <br><br> Date: February 10, 2012 <br> Time: 1:30 p.m. <br> Courtroom: 12 |

I, Kelly Van, declare that I am the Plaintiff in the above-captioned case. I am making this declaration in support of Plaintiff's Motion to Seek Relief from Judgment Pursuant to Rule 60(b)(1) and (b)(6). As such, I have personal knowledge of the following facts and if called upon, I could and would competently testify thereto:

1. In or about March 2010, I retained the Mirch Law Firm (the "Mirch Firm") to file a complaint on my behalf against Defendants for various causes of action including copyright infringement.

2. I am the author of the book, Sheila The Warrior: The Damned (hereinafter, "SHEILA"). I have also viewed in detail the motion picture, Avatar. Based on that, I know that there are substantial similarities between the two works, as summarized below.

3. With respect to the plot, some of the similarities I noted are as follows:

| SHEILA - PLOT | AVATAR - PLOT |
|---|---|
| **Loss of Family Prompts a Human's Recruitment to Work on an Alien Planet**<br>Sheila is a human living on Earth when she is told that her family was tragically killed in a car accident. While dealing with her grief, Sheila is recruited by a government agency responsible for planetary mining and operations, in addition to the development and security of the human colony, on the planet Tibet. Sheila is assigned to a medical station and she embarks for Tibet on a spaceship carrying other workers and cargo. | **Loss of Family Prompts a Human's Recruitment to Work on an Alien Planet**<br>Jake is a human living on Earth when he is told his brother was tragically killed in a mugging. While dealing with his grief, Jake is recruited by a government-like agency called the Resources Development Administration ("RDA"), responsible for planetary mining and operations, in addition to the development and security of the human colony, on the planet Pandora. Jake is assigned to a science facility and he embarks for Pandora on a spaceship carrying other workers and cargo. |
| **Human Arrives on New Planet, Meets Co-Workers and Learns of the Exploitative Mining Operation**<br>Sheila arrives on Tibet and meets her co-workers at the medical facility, including her soon-to-be best friend Claire, and begins her on-the-job training. Sheila learns that humans are exploiting Tibet for its valuable gold deposits, which are mined and shipped back to Earth. This operation is led by a greedy geologist. Sheila is not directly involved in the mining operation, but it affects her when she becomes romantically involved with Prameon the Behemoth Miner. | **Human Arrives on New Planet, Meets Co-Workers and Learns of the Exploitative Mining Operation**<br>Jake arrives on Pandora and meets his co-workers at the science facility to begin his on-the-job training. Jake learns that humans are exploiting Pandora for its valuable deposits of unobtanium, which are mined and shipped back to Earth. This operation is led by a greedy RDA executive. Jake is not directly involved in the mining operation, but it affects him when he becomes romantically involved with Neytiri. |

| | |
|---|---|
| **Unexpected Love is Kindled Between a Human and an Indigenous Tribal Leader** Claire unexpectedly meets Jude, one of the leaders of the indigenous Crowpeople, who stands over eight feet tall.  Claire develops a relationship with Jude as she spends time with him and his tribe in the giant tree where they live.  Jude teaches Claire about his people and rituals, and takes Claire flying on his back. | **Unexpected Love is Kindled Between a Human and an Indigenous Tribal Leader** Jake unexpectedly meets Neytiri, one of the leaders of the Omaticaya Na'vi clan, who stands over eight feet tall.  Jake develops a relationship with Neytiri as he spends time with her and her tribe in the giant tree where they live.  Neytiri teaches Jake the rituals of the tribe and they fly on winged Banshees together. |
| **Human's Assimilation into the Indigenous Tribe Is Opposed Until a Mating Ritual Changes Perception** Claire's assimilation into the tribe is not welcomed by everyone, but Jude does not let this pressure interfere with his feelings.  Jude and Claire continue to develop their relationship until one day Jude shares the ancestry of his people with her, while they are at the giant tree.  Jude explains that he has chosen Claire as his partner for life and they commence with the tribal mating ritual. | **Human's Assimilation into the Indigenous Tribe Is Opposed Until a Mating Ritual Changes Perception** Jake's assimilation into the tribe is not welcomed by everyone, but Neytiri does not let this pressure interfere with her feelings.  Neytiri and Jake spend each day together as their relationship blossoms.  Neytiri shares the ancestry of her people with Jake while they are at the Tree of Voices.  Neytiri explains that she has chosen Jake as her partner for life and they commence the tribal mating ritual. |
| **Two Indigenous Tribal Leaders Convince the Inhabitants to Unite Against Common Enemy to Liberate Their Planet** Prameon and Jude convince the leaders of the Leafers and Waterians to unite with them and join the fight against the bloodsuckers, who are threatening the inhabitants of Tibet.  After an attempt at peaceful negotiations fails, a battle is fought. Crowpeople fly into battle with miners on their backs and Waterians are ridden into battle by miners.  The coalition force wins and the bloodsuckers are driven off the planet.  The captives rescued from the bloodsucker compound depart in a two-column processional, as Crowpeople are positioned on either side of the exodus. | **Two Indigenous Tribal Leaders Convince the Inhabitants to Unite Against Common Enemy to Liberate Their Planet** Jake and Neytiri convince the leaders of the Horse Clans of the Plain and the Ikran People of the Eastern Sea to unite with them and join the fight against the RDA, who is threatening the Na'vi on Pandora.  After an attempt at peaceful negotiations fails, a battle is fought. Na'vi fly into battle on winged Banshees while others ride into battle on horses.  The coalition force wins and the RDA is driven off the planet.  The humans are marched from their compound back to their spaceships in a two-column processional as Na'vi on horseback are positioned on either side of the exodus. |

| | |
|---|---|
| **The Assimilated Human Physically Transforms into the Indigenous Race of Her Mate** <br> After mating with Jude, Claire physically transforms into a Crowoman after eating the ritualistic food of the Crowpeople at the giant home tree. | **The Assimilated Human Physically Transforms into the Indigenous Race of His Mate** <br> After mating with Neytiri, Jake physically transforms into a Na'vi warrior after having the consciousness from his human body ritualistically transferred into his Na'vi Avatar body at the Tree of Souls. |
| **A Character Is Fatally Shot In the Torso and a Tree Is Asked to Heal Her** <br> While fleeing from armed humans, Praela, a Crowgirl, is shot in the torso. Sapinis, her companion, is by her side when the Leafer arrives. The Leafer removes the tip of a limb, and white plasma pours out to heal her wound. She survives. | **A Character Is Fatally Shot In the Torso and a Tree Is Asked to Heal Her** <br> While fleeing their captors, Grace Augustine, a Na'vi Avatar operator, is shot in the torso. Jake, her companion, is by her side as they take her to the Tree of Souls. The Tree wraps Grace in white tendrils to heal her wound. Her consciousness survives. |

4. With respect to the sequence of events, some of the similarities I noted are as follows:

| **SHEILA – SEQUENCE OF EVENTS** | **AVATAR – SEQUENCE OF EVENTS** |
|---|---|
| 1. Sheila loses her family in a tragic accident. <br> 2. Sheila is recruited to work on another planet. <br> 3. Sheila arrives on the planet, meets her co-workers and learns that gold is mined and shipped back to Earth. <br> 4. Sheila meets and falls in love with Prameon and Claire meets and falls in love with Jude the Crowman as both women assimilate themselves. <br> 5. Claire's assimilation into the tribe is opposed by other tribe members. <br> 6. Claire and Jude the Crowman perform the tribal mating ritual. <br> 7. Various tribes unite to fight a common enemy in a giant battle featuring warriors on winged Crowmen and mounted lizards. <br> 8. Claire physically transforms into a Crowoman and is fully assimilated into the tribe. | 1. Jake loses his brother in a tragic mugging attempt. <br> 2. Jake is recruited to work on another planet. <br> 3. Jake arrives on the planet, meets his co-workers and learns that unobtanium is mined and shipped back to Earth. <br> 4. Jake meets and falls in love with Neytiri as is assimilated into the tribe. <br> 5. Jake's assimilation into the tribe is opposed by other tribe members. <br> 6. Jake and Neytiri perform the tribal mating ritual. <br> 7. Various tribes unite to fight a common enemy in a giant battle featuring warriors on winged banshees and mounted horses. <br> 8. Jake physically transforms into a Na'vi warrior and is fully assimilated into the tribe. |

5. With respect to the characters, some of the similarities I noted, including their personality, appearance, background, traits, and interactions with others, are as follows:

| SHEILA - CHARACTERS | AVATAR - CHARACTERS |
|---|---|
| **Sheila the Human**<br>Sheila is a human living on Earth who is forced to deal with the unexpected death of her family.  When she is recruited by a government agency to work on the planet Tibet, she thoughtfully considers the option before finally agreeing to go.  Once on Tibet, Sheila approaches her job at the medical facility with enthusiasm and vigor.  For example, after a large accident at a mine, Sheila begins bandaging and attending to accident victims before she is fully prepared or trained.<br>Sheila has a positive working relationship with her co-workers, especially Claire, who respects Sheila's determination to establish a new life on Tibet.  At times, she is at odds with her supervisor Ms. Shapiro because she has much to learn, but Sheila never gives up and endeavors to work harder.<br><br>The first time Sheila meets Prameon the Behemoth miner, it is evident that she is attracted to him.  Sheila lets Prameon take the lead and ultimately she moves from the human compound to Prameon's home and begins to assimilate to his life.  The more time she spends with him the more she falls in love with him and the indigenous inhabitants.<br><br>Sheila progressively transforms into a fearless warrior and fights battles alongside the other inhabitants of the planet because she has grown to care for her new friends and their way of life.  Sheila decides to stay on Tibet, marry Prameon, and leave her old life on Earth and in the colony behind. | **Jake the Human**<br>Jake is a human living on Earth who is forced to deal with the unexpected death of his brother.  When he is recruited by an agency to work on the planet Pandora, he hesitates before finally agreeing to go.  Once on Pandora, Jake approaches his job at the science facility with enthusiasm and vigor. For example, the first time he activates his Avatar, he guides it off a gurney, out of the lab, and has the Avatar running across the compound before he is fully prepared or trained.<br>Jake has a positive working relationship with his co-workers, especially Norm, who ultimately respects Jake's determination to succeed in the Avatar program.  At times he is at odds with his supervisor Grace because he has so much to learn, but Jake never gives up and endeavors to work harder.<br><br>The first time Jake meets Neytiri the Na'vi warrior, it is evident that he is attracted to her. Jake lets Neytiri take the lead and he ultimately moves his Avatar from the science facility to Neytiri's home and begins to assimilate to her life.  The more time he spends with her the more he falls in love with her and the Na'vi clan.<br><br>Jake progressively transforms into a fearless warrior and fights battles alongside the Na'vi because he has grown to truly care for his friends and their way of life. Jake decides to stay on Pandora, marry Neytiri, and leave his old life on Earth and in the compound behind. |

| **Claire the Crowoman** | **Jake the Na'vi Warrior** |
|---|---|
| Claire is a human who lives and works on Tibet. She is strong-willed and never gives up as evidenced when Claire is attacked and kidnapped by the bloodsuckers and survives. Her rescuers introduce her to Jude the Crowman.<br><br>As Claire spends time with Jude and his people in their ancestral home within the great tree, she eagerly learns about their customs and lifestyle. When Jude chooses Claire to be his mate, they commence with the mating ritual. Claire is aware that she will never fully integrate her life with Jude's, unless she becomes a Crowoman because she would be physically dependent on him to fly her around.<br><br>Thus, Claire willingly performs the ritual that physically transforms her into a Crowoman by growing feathered wings out of her back. | Jake is a human who travels to and works on Pandora. Jake is a strong willed and never gives up as evidenced when Jake is attacked by a large pack of viperwolves and survives. His rescuer is Neytiri.<br><br>As Jake spends each day with Neytiri and her people in their ancestral home within Hometree, he eagerly learns their language, customs and lifestyle. When Neytiri chooses Jake to be her mate, they commence with the mating ritual. Jake knows he is limited by his human form and he would always need to be plugged into the Avatar module in an oxygen-filled environment due to the toxic atmosphere on Pandora.<br><br>Thus, Jake willingly performs the ritual that physically transforms him into a Na'vi when he has his human consciousness transferred to his Avatar Na'vi body. |
| **Crowpeople**<br>The indigenous Crowpeople are tall humanoid people with large feathered wings growing out of their backs. The Crowpeople have pointed ears, fanged teeth and long wavy hair down to their buttocks. The Crowpeople descended from humans and have human-like consciousness and intelligence and can speak English. They can communicate with animals, other inhabitants, and the tree people (Leafers) by using mental telepathy.<br><br>The Crowpeople wear no clothes and live in the largest tree on the planet, which houses hundreds of families and has spiral walls that wind up the tree.<br><br>The Crowpeople allow others to fly on their backs using a harness. They have good relations with the humans, Behemoth miners and Leafers. However, they are constantly dealing with threats from the bloodsuckers. The Crowpeople lead the unified battle force | **Omaticaya Clan of the Na'vi**<br>The indigenous Na'vi are tall humanoid people that often paint wings on their faces or wear feathers on their body. The Na'vi have pointed ears, fanged teeth and long hair down to their buttocks. They have human-like consciousness and intelligence and can speak English. They communicate with animals and trees mentally by connecting their braid of hair to it.<br><br>The Omaticaya clan wears a small loin-cloth on the bottom and lives in the largest tree in the forest, which houses hundreds of families and has spiral stairs that wind up the tree.<br><br>They fly on the back of a giant bird called a Banshee, using a harness. (NOTE: *Each warrior can bond with only one banshee, while any warrior can bond with any horse. This creates an analogous similarity in that each warrior has in essence "personal wings." Moreover, in a deleted scene on the* |

| | |
|---|---|
| of the inhabitants to rid Tibet of the bloodsuckers.<br><br>The Crowpeople are fierce warriors and bare their fangs and scream or growl in battle. They fight using their claws and fangs. Claire, even after transforming into a Crowoman, also fights with a long-bladed knife. | *Avatar DVD, there was a portrayal of a Na'vi character with wings.*)<br><br>The Omaticaya clan has good relations with the humans in the Avatar program and the other Na'vi tribes. However, they are constantly dealing with various threats from the RDA security force and mining operation. The Omaticaya lead the unified battle force of the inhabitants to rid their world of the RDA.<br><br>The Na'vi are fierce warriors and bare their fangs and scream in battle. Neytiri fights with a long-bladed knife. |
| **Leafers**<br>The Leafers are inhabitants of Tibet and are tree-like creature with humanoid characteristics. They can walk, talk, see and hear. The Leafers are connected telepathically to all life on the planet and communicate with other inhabitants so they are aware of events occurring on the planet. The Leafers are even aware of the bloodsuckers activity.<br><br>The Leafers maintain knowledge of the ancestral history of the various inhabitants of Tibet.<br><br>The Leafers often choose to hide themselves from other inhabitants and take on the visual form of a tree or bush. The Leafers do this as part of their directive to remain impartial to the activities and conflicts on the planet.<br><br>The Leafers use a white plasma-like substance that flows through their bodies to heal. | **Trees**<br>The Trees are inhabitants of Pandora and characters in the story (specifically the Tree of Souls and the Tree of Voices). The trees are all connected and form a network across the planet allowing them to communicate with each other through signal transduction and with the Na'vi via their hair braid. (NOTE: *This network of communication is an analogous similarity in that the trees can "talk," as well as "see" and "hear" the events occurring on the planet as when Jake asks Eywa for help in the upcoming battle by connecting to the Tree of Souls. Eywa hears him and thousands of planet creatures come to the Na'vi's aid in battle.*)<br><br>The Tree of Voices maintains all the ancestral knowledge of the Na'vi and the Na'vi can upload or download these ancestral voices.<br><br>The Tree of Souls is the conduit for talking to the Na'vi deity Eywa, who is impartial to the activities and conflicts on the planet.<br><br>The Tree of Souls used small white tendrils to transfer Jake and Grace's consciousness to their Avatar bodies. |

6. Some of the similarities I noted in specific locales and unique situations with respect to setting are as follows:

| SHEILA - SETTING | AVATAR - SETTING |
|---|---|
| **Tibet** <br> The planet is characterized by differing terrain and areas of settlement. The terrain on Tibet differs somewhat from place to place. With each terrain region, there may be a different inhabitant settled there. The forests of Tibet contain a wide diversity of flora and fauna. The forests are full of gold-enhanced tree and flora of every color. Tibet is surrounded by several other visible moons and planets. The planet has a variety of animal species including the lionsnake. There are several compounds that house the human inhabitants, including the main compound. The majority of the planet is undeveloped and inhabited by alien species. <br><br> Settings on the planet include the following: <br><br> **Giant Tree** <br> Giant tree is the largest tree on Tibet and home to hundreds of Crowpeople. It is described as having the width of a city block. The Crowpeople sleep, eat, celebrate and enjoy home life in the confines of the tree. <br><br> It is located above a rich deposit of soil which is very valuable. <br><br> **Main Human Compound** <br> Main center for all human colonial activities, where Sheila and Claire arrive and live prior to their assimilation with their respective mates. <br><br> It houses the spaceport where supply ships and personnel carriers dock. It provides supplies, support, staffing and security for the science outposts on other parts of the Planet. <br><br> Living quarters and restaurants for human | **Pandora** <br> The planet is characterized by differing terrain and areas of settlement. The terrain on Pandora differs somewhat from place to place. With each terrain region, there may be a different Na'vi clan settled there. The forests of Pandora contain a wide diversity of flora and fauna. The forests are full of bioluminescent trees and flora of every color. Pandora is surrounded by several other visible moons and planets. The planet has a variety of animal species including the viperwolves. There are several compounds that house the human inhabitants, including the main compound. The majority of the planet is undeveloped and inhabited by alien species. <br><br> Settings on the planet include the following: <br><br> **Hometree** <br> Hometree is large enough to house hundreds of clan members. Hometree is almost 500 feet tall. The Na'vi sleep, eat, weave, dance, and celebrate in the confines of the tree. <br><br> It is located above a large deposit of unobtanium. <br><br> **RDA Compound** <br> Main center for the human colonial activities, where Jake arrives and lives prior to his assimilation with Neytiri. <br><br> It houses the spaceport where supply ships and personnel carriers dock. It provides supplies, support, staffing and security for the science outposts on other parts of the Planet. <br><br> Living quarters and restaurants for human inhabitants, as well as recreational elements are found here. |

| | |
|---|---|
| inhabitants, as well as recreational elements are found here. | |

7. Some of the similarities I noted with respect to the theme are as follows:

| SHEILA - THEME | AVATAR - THEME |
|---|---|
| **Love Conquers Racial Differences**<br>Claire and Jude, and to a lesser degree Sheila and Prameon, exemplify that love can overcome the complications of alien and human romantic relationships.  Claire assimilates differences in ideology, culture, lifestyle, rituals and language and she physically transforms into a Crowoman to remove all physical obstacles to the relationship. | **Love Conquers Racial Differences**<br>Jake and Neytiri exemplify that love can overcome the complications of alien and human romantic relationships.  Jake assimilates differences in ideology, culture, lifestyle, rituals and language and he physically transforms into a Na'vi male to remove all physical obstacles to the relationship. |
| **Colonialism to Assimilation**<br>The humans are on Tibet primarily to facilitate or support the operation that mines gold and ships it back to Earth.<br><br>While there for an indeterminate period of time, the humans live life on Tibet in a city constructed to provide them with a life reasonably similar to that on Earth.  However, two women abandon the other colonists to see what lies beyond the walls of their city.<br><br>These women grow to love the beauty of the planet and its people.  They experience the culture, rituals and customs of the indigenous inhabitants, and in Claire's case, she experiences the amazement of individual open-air flight.  They choose to leave colonial life behind and completely assimilate into their new life with their indigenous mates. | **Colonialism to Assimilation**<br>The humans are on Pandora primarily to facilitate or support the operation that mines unobtanium and ships it back to Earth.<br><br>While there for an indeterminate period of time, the humans live life on Pandora in the RDA compound constructed to provide them with a life reasonably similar to that on Earth. However, one man leaves the RDA compound to see what lies beyond the walls.<br><br>He grows to love the beauty of the planet and its people.  He experiences the culture, rituals and customs of the indigenous inhabitants, and experiences the amazement individual open-air flight when he is connected to his Banshee.  He chooses to leave the compound and completely assimilate into a new life with his indigenous mate. |
| **Uniting Different Inhabitants in a War Effort Against a Common Enemy**<br>The inhabitants of Tibet unite together against a common enemy that is threatening their existence. After the bloodsuckers commit a large act of terror that affects hundreds of lives, Prameon and Jude lead the inhabitants of Tibet in a giant battle.  The coalition force | **Uniting Different Inhabitants in a War Effort Against a Common Enemy**<br>The inhabitants of Pandora unite together against a common enemy that is threatening their existence. After the RDA commits a large act of terror that affects hundreds of lives, Jake and Neytiri lead the clans and animals of Pandora in a giant battle.  The |

DECLARATION OF KELLY VAN IN SUPPORT OF PLAINTIFF'S MOTION TO SEEK RELIEF FROM JUDGMENT

| | |
|---|---|
| is victorious, ridding the planet of the bloodsuckers. | coalition force is victorious, ridding the planet of the RDA forces. |

8. Some of the similarities I noted with respect to mood are as follows:

| SHEILA - MOOD | AVATAR - MOOD |
|---|---|
| **Serious**<br>Exploitation of natural resources; battle between two groups. | **Serious**<br>Exploitation of natural resources; battle between two groups. |
| **Suspenseful**<br>Exploration of a new world; survival of assimilated humans; who will be victorious in battle. | **Suspenseful**<br>Exploration of a new world; survival of assimilated humans; who will be victorious in battle. |
| **Hopeful**<br>Love; connection of life; fresh start on a new world. | **Hopeful**<br>Love; connection of life; fresh start on a new world. |

9. Some of the similarities I noted with respect to pace are as follows:

| SHEILA - PACE | AVATAR - PACE |
|---|---|
| **Pace is Varied**<br>The story has slow-moving character development scenes, slow-moving relationship development scenes, fast-paced and tense hand-to-hand combat, and fast-paced and tense battle scenes. | **Pace is Varied**<br>The story has slow-moving character development scenes, slow-moving relationship development scenes, fast-paced and tense hand-to-hand combat, and fast-paced and tense battle scenes. |
| **Time Period is Set in the Future**<br>Space travel, advanced technology and military weaponry, spaceships, alien planets, telepathic communication and alien species exemplify a story set in the future. | **Time Period is Set in the Future**<br>Space travel, advanced technology and military weaponry, spaceships, alien planets, unspoken bonded communication and alien species exemplify a story set in the future. |

10. Some of the similarities I noted with respect to dialogue are as follows:

| SHEILA - DIALOGUE | AVATAR - DIALOGUE |
|---|---|
| **Reservation About Going to a New Planet**<br>Sheila: "She never thought that she herself would do it." | **Reservation About Going to a New Planet**<br>Jake: "I never figured I'd be going there." |
| **Description of the Leafers' Connectivity**<br>"We are always here, we are everywhere." | **Description of Trees' Connectivity**<br>"Each tree has ten-to-the fourth-connections to the trees around it…there are ten-to-the-twelfth trees on Pandora…" |

| | |
|---|---|
| **Sheila's Desire to Assimilate**<br>"She wanted to…to be just like them…She would stay here and live like they lived but she wanted more. She needed more. She needed to live as they did." | **Jake's Desire to Assimilate**<br>"If I do it, I'm one of them. I gotta finish this. There's one more thing. Ceremony. It's the final state of becoming a man. If I do it, I'm one of them. And they'll trust me." |
| **Process for Assimilation**<br>"He would be with her every step of the way to help her make the necessary adjustments required to become a Crowoman." | **Process for Assimilation**<br>"You will teach him our ways…to speak and walk as we do…My daughter will teach you our ways." |
| **Falling in Love with the Environment and the People**<br>"The colors of the vegetation dazzle the mind enough to fall in love with the whole planet."<br>"And are you?" Sheila asked, "In love with this planet?" [Prameon] looked directly into her eyes, "Not only the planet." | **Falling in Love with the Environment and the People**<br>Jake: "I fell in love. I fell in love with the forest and with the Omaticaya people. And with you." |
| **Choosing the Mate**<br>"He had chosen this woman for his mate."<br>Jude: "Are you sure that you want this?"<br>Claire: "Jude. I want you"… "the night that Claire became his Crowoman." | **Choosing the Mate**<br>Jake: "I've already chosen. But this woman must also choose me."<br>Neytiri: "She already has…I am with you now, Jake. We are matched for life." |

11. The Mirch Firm represented me in this matter, including filing pleadings on my behalf, until the Court dismissed my Second Amended Complaint on September 26, 2011. At no time was I aware of Kevin Mirch's disbarment from the State Bar of Nevada, or his pending disciplinary proceedings with the State Bar of California (the "Disciplinary Proceeding"). I also did not know that he had consented to a suspension with the State Bar in May 2011.

12. It is my belief that Kevin Mirch and the Mirch Firm were preoccupied with the Disciplinary Proceeding and were therefore unable to devote the necessary time to conform the Second Amended Complaint to the Court's Order. For the same reason, I believe the Opposition to the Motion to Dismiss the Second Amended Complaint filed on August 30, 2011 (the "Opposition") included only raw facts without much organization or legal connections.

13. My understanding was that Kevin Mirch would be the lead counsel in the litigation. Had I known about the situation involving Kevin Mirch's Disciplinary Proceeding, I would have immediately sought new counsel to effectively represent my interests.

14. In the interest of justice, I respectfully request this Honorable Court to vacate the dismissal order and grant leave to amend the Second Amended Complaint.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 21, 2011, at San Diego, California.

_____
Kelly Van

**CERTIFICATE OF SERVICE**
SOUTHERN DISTRICT OF CALIFORNIA
Van v. Cameron, et al.: Case No.: 2:10-cv-01051 AJB WVG

The undersigned certifies that on October 21, 2011 the following documents and all related attachments ("Documents") were filed with the Court using the CM/ECF system.

**DECLARATION OF KELLY VAN IN SUPPORT OF PLAINTIFF'S MOTION TO SEEK RELIEF FROM JUDGMENT PURSUANT TO RULE 60(b)(1) and (b)(6)**

Pursuant to L.R. 5.3, all parties to the above case and/or each attorneys of record herein who are registered users are being served with a copy of these Documents via the Court's CM/ECF system. Any other parties and/or attorneys of record who are not registered users from the following list are being served by first class mail.

                                                s/Natu J. Patel
                                                  Natu J. Patel